# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 30727 |
| Marvin Green | ) | HON. A. BENJAMIN GOLDGAR |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

Cari A Kauffman, Sorman & Frankel, Ltd., 180 North LaSalle Street, Suite 2700 Chicago, IL 60601, representing Santander Consumer USA Inc., d/b/a Chrysler Capital;

Dana N O'Brien, McCalla Raymer Pierce, LLC, 1 N Dearborn Street, Suite 1200, Chicago, IL 60602, representing U.S. BANK NATIONAL ASSOCIATION;

See the attached Service List.

PLEASE TAKE NOTICE that on June 14, 2022, at 1:30 p.m. I shall appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in his stead, and present the Motion to authorize Debtor to enter into loan modification, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 319 7225 and the password is 584922. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 24, 2022.

*/s/ Andrew Carroll*
Associate Attorney
The Semrad Law Firm, LLC
11101 S. Western Ave.
Chicago, IL 60643
(312) 940 - 7379
Fax: (312) 277 - 5124
acarroll@semradlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-30727<br>Northern District of Illinois<br>Eastern Division<br>Tue May 24 08:14:18 CDT 2022 | LVNV Funding, LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. BANK NATIONAL ASSOCIATION<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T (Cable/Cellular)<br>208 S. Akard<br>Tornado, WV 25202 |
| CAPITALONE<br>c/o Pollack & Rosen, P.C<br>1825 Barrett Lakes Blvd Suite 510<br>Kennesaw, GA 30144-7519 | CBNA<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CHRYSLER Capital<br>PO BOX 961275<br>FORT WORTH, TX 76161-0275 | CITI<br>P.O. BOX 9001037<br>Louisville, KY 40290-1037 | COMENITY BANK/ASHSTWRT<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 |
| COMENITY BANK/CARSONS<br>Attn: Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH 43218-2125 | CONSUMER CELLULAR C/O PROFESSIONAL CREDIT SE<br>PO BOX 7548<br>SPRINGFIELD, OR 97475-0039 | CORP. AMERICA FAMILY C<br>2075 BIG TIMBER RD<br>ELGIN, IL 60123-1140 |
| CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| City of Chicago - Dept of Finance - Water Di<br>Po Box 6330<br>Chicago, IL 60680-6330 | (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | (p)EASYPAY FINANCE<br>PO BOX 2549<br>CARLSBAD CA 92018-2549 |
| Hinkley Springs<br>6750 Discovery Blvd<br>Mableton, GA 30126-4646 | IL Tollway<br>PO Box 5544<br>Chicago, IL 60680-5491 | IRS 1<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | PROFESSIONAL CREDIT SE<br>400 INTERNATIONAL WAY<br>SPRINGFIELD, OR 97477-7004 |
| Peoples Gas<br>PO BOX 2968<br>Milwaukee, WI 53201-2968 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |

| | | |
|---|---|---|
| ROGERS & HOL<br>PO BOX 879<br>MATTESON, IL 60443-0879 | SYNCB/AMEAGL<br>PO BOX 965005<br>Orlando, FL 32896-5005 | SYNCB/ART VAN FURNITUR<br>950 FORRER BLVD<br>KETTERING, OH 45420-1469 |
| SYNCB/ARTVAN<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 | SYNCB/JCP<br>PO BOX 965007<br>Orlando, FL 32896-5007 | SYNCB/MATTRESS FIRM IN<br>PO Box 965033<br>Orlando, FL 32896-5033 |
| SYNCB/PAYPAL EXTRAS MC<br>PO BOX 981416<br>EL PASO, TX 79998-1416 | SYNCB/SAMS CLUB<br>Po Box 960013<br>Orlando, FL 32896-0013 | SYNCB/SYNCB<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 |
| SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Santander Consumer USA Inc.<br>an Illinois corporation<br>d/b/a Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Bank National Association<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | US BANK HOME MORTGAGE<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202-5370 |
| Aaron M Weinberg<br>The Semrad Law Firm LLC<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603-1811 | Jeremy M Nevel<br>The Semrad Law Firm, LLC<br>20 S. Clark St., Suite 2800<br>Chicago, IL 60603-1811 | Jessica A. Boone<br>The Semrad Law Firm, LLC<br>20 S. Clark Street<br>28th Floor<br>Chicago, IL 60603-1811 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Marvin Green<br>10102 S. Morgan St<br>Chicago, IL 60643-2223 | Michael Spangler<br>The Semrad Law Firm, LLC<br>20 S Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHASE CARD<br>BANK ONE CARD SERV 2500 WESTFIELD DRI<br>ELGIN, IL 60124 | City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602 | (d)City of Chicago Department of FInance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste.600<br>Chicago IL.60604 |

```
(d)City of Chicago Department of Finance        EASYPAY/DVRA                              Illinois Department of Revenue Bankruptcy Se
Utility Billing & Customer Service Divis        2701 LOKER AV WEST                        PO Box 19035
c/o  Arnold Scott Harris P.C.                   CARLSBAD, CA 92008                        Springfield, IL 62794-9035
111 W. Jackson Ste. 600
Chicago, IL 60604


Portfolio Recovery Associates, LLC              (d)Portfolio Recovery Associates, LLC     (d)Portfolio Recovery Associates, LLC
c/o Art Van Furniture                           c/o Jc Penney Credit Card                 c/o Paypal Extras Mastercard
POB 41067                                       POB 41067                                 POB 41067
Norfolk VA 23541                                Norfolk VA 23541                          Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC           U.S. Bank National Association            (d)U.S. Bank National Association
c/o Sams Club                                   Bankruptcy Department                     Bankruptcy Department
POB 41067                                       PO Box 108                                PO Box 5229
Norfolk VA 23541                                St. Louis MO 63166-0108                   Cincinnati, Ohio 45201-5229


(d)U.S. Bank National Association               (d)US Bank
c/o U.S. Bank Home Mortgage,                    Po Box 790408
a division of U.S. Bank N.A.                    Saint Louis, MO 63179
4801 Frederica Street
Owensboro, Kentucky 42301



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Santander Consumer USA Inc., d/b/a Chrysle   (d)U.S. BANK NATIONAL ASSOCIATION         (u)U.S. Bank National Association
                                                14841 Dallas Pkwy Suite 425
                                                Dallas, TX 75254-8067


(d)U.S. Bank National Association               (d)U.S. Bank National Association         (d)LVNV Funding LLC
14841 Dallas Parkway, Suite 425                 14841 Dallas Pkwy Suite 425               PO Box 10587
Dallas, TX 75254-8067                           Dallas, TX 75254-8067                     Greenville, SC 29603-0587


(d)Synchrony Bank                               End of Label Matrix
c/o PRA Receivables Management, LLC             Mailable recipients     52
PO Box 41021                                    Bypassed recipients      7
Norfolk, VA 23541-1021                          Total                   59
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 30727 |
| Marvin Green, | ) | HON.  A. BENJAMIN GOLDGAR |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## MOTION AUTHORIZING DEBTOR TO ENTER INTO A LOAN MODIFICATION

Debtor, Marvin Green, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order granting the Debtor permission to enter into a loan modification with the U.S. Department of Housing and Urban Development, and in support thereof states as follows:

1. On October 31, 2018, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. That this Honorable Court confirmed Debtor's Chapter 13 plan on January 29, 2019.

3. Debtor wishes to enter into a loan modification with the U.S. Department of Housing and Urban Development for the property located at 10102 S Morgan Street, Chicago, IL, 60643. Please see exhibit A for loan modification agreement.

4. The terms proposed by the U.S. Department of Housing and Urban Development state that upon modification, Borrower promises to pay the principal sum of $27,821.10 to the Lender. This payment amount includes only post-petition payments and does not include any payments that may be outstanding under the

terms of Debtor's Chapter 13 bankruptcy Plan.

5.      The foregoing constitutes sufficient grounds for this Court to enter an Order granting Debtor permission to enter into the loan modification attached to this motion with the U.S. Department of Housing and Urban Development.

WHEREFORE, Marvin Green, Debtor, respectfully requests this Honorable Court to enter an Order (a) granting Debtor permission to enter into the loan modification attached to this Motion with the U.S. Department of Housing and Urban Development, and (b) for such other and further relief as this Court deems fair and just.

Respectfully Submitted,

*/s/ Andrew Carroll*
Associate Attorney
The Semrad Law Firm, LLC
11101 S. Western Ave.
Chicago, IL 60643
(312) 940 - 7379
Fax: (312) 277 - 5124
acarroll@semradlaw.com